# WILMERHALE

December 7, 2017   MEMO ENDORSED
                        p.2

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/17

Re:  *United States v. Usher et al.*, 17 Cr. 19 (RMB)

Dear Judge Berman:

     We respectfully write to request that the Court schedule oral argument on Defendants' Motion to Dismiss the Indictment (ECF No. 62). Briefing is scheduled to be completed by December 18. Because the Government requires at least 30 days to process parole visas for Defendants' travel, we propose that the Court schedule the argument for the second half of January. The parties have conferred and are available to appear on January 23-26 and 29-30, if any of those dates works for the Court.

Respectfully submitted,

*/s/ Heather Tewksbury*

Heather Tewksbury
Anjan Sahni
*Counsel for Rohan Ramchandani*
WilmerHale LLP


Michael Kendall
Mark Gidley
Andrew Tomback
*Counsel for Richard Usher*
White & Case LLP


David Schertler
Lisa Manning
*Counsel for Christopher Ashton*
Schertler & Onorato, LLP

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Washington

WILMERHALE

Honorable Richard M. Berman, U.S.D.J.
December 7, 2017
Page 2


cc: Jeffrey Martino, Esq., Carrie Syme, Esq., and Stephen McCahey, Esq.
    (Department of Justice, Antitrust Division)

> Oral argument scheduled for Monday, January 29, 2018 at 10:30am. 15 minutes per side.
>
> SO ORDERED:
> Date: 12/8/17    Richard A. Berman
> Richard M. Berman, U.S.D.J.