

**U.S. Department of Justice**

Antitrust Division

*New York Office*

26 Federal Plaza
Room 3630
New York, New York 10278-0004

212/335-8000

FAX 212/335-8023

June 25, 2018

ECF & HAND DELIVERY

Honorable Richard Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

            Re:    U.S. v. Richard Usher et al, 17-Crim-019 (RMB)

Dear Judge Berman,

        We look forward to appearing before Your Honor for our status conference on Tuesday,
June 26 at 11 a.m. Given that we are a little more than three months away from the beginning of
trial, the parties would like to use this conference as an opportunity to make some initial plans
for the conduct of trial, particularly with respect to timing and logistics. (We conferred with
counsel for Defendants on these issues.) In particular, we would like to discuss:

        - Whether Your Honor's courtroom will be used for trial (as opposed to a larger
courtroom), and whether overflow rooms will be arranged;
        - The estimated number of days/weeks for each party's case-in-chief;
        - Whether the Court will set time limitations on any jury address or witness
examinations, or on the overall length of trial;
        - The Court's expectation with respect to how many days per week and hours per day
trial will be conducted;
        - The appropriate time to start discussing courtroom technology and logistics, and which
court representative we should contact to begin those discussions; and
        - Whether the Court prefers to rely upon any particular standard set of jury instructions.

        In addition, we understand one or more Defendants may seek a revision to their bail
agreements to allow them to delay their return to the United States prior to trial. Currently, they
are required to return by September 1. Assuming each Defendant will return to the jurisdiction a
reasonable number of days prior to trial, the government will not oppose that request.

We learned from counsel this morning that Defendants may raise additional, discovery-related issues with the Court via letter today. We have not yet seen that letter. As a result, we plan to address any such issues during the conference tomorrow.

Sincerely yours,

Carrie A. Syme
Trial Attorney

Jeffrey D. Martino
Chief, New York Office

Bryan Bughman
Trial Attorney

U.S. Department of Justice, Antitrust Div.
26 Federal Plaza, Room 3630
New York, NY  10278
(212) 335-8000