


MEMO ENDORSED
P.2

July 20, 2018

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White & Case LLP
75 State Street
Boston, MA 02109-1814
T +1 617 979 9300

whitecase.com

Re: Request to Amend Bail Terms Agreements, *United States v. Usher et al.*, 17 Cr. 19 (RMB)

Dear Judge Berman:

    Defendants Richard Usher, Rohan Ramchandani, and Christopher Ashton are residents of the United Kingdom who will be traveling to the United States to stand trial. As Defendants noted at the last pre-trial conference on June 26, 2018, Defendants request, and the government does not oppose, an amendment to paragraph 7 of their respective Bail Terms Agreements (the "Bail Agreements"). Hr'g Tr. 7:3-6 (June 26, 2018).

    Paragraph 7 of Defendants' Bail Agreements reads: "Defendant must return to the District at least 30 days before trial and, upon arrival, surrender his passport to Pretrial Services." *See* Dkts. 37, 38, 39. Because trial is scheduled to begin on October 9, 2018, this provision would require Defendants to arrive in the District by September 9, 2018.

    Defendants seek to amend this language to read: "Defendant must return to the United States at least 7 days before trial and surrender his passport to Pretrial Services when he arrives in the District and for the duration of the trial."

    The purpose of this amendment is to avoid the significant cost of three weeks of housing within the District and separation from Defendants' families, as well as to allow Defendants to meet with trial counsel in the United States, but outside the District, leading up to the trial.

    Defendants met and conferred with the Government regarding the proposed amendment, and the Government does not oppose the Defendants' request. During the hearing, the Court indicated that it would have no problem with Defendants arriving later than September 1, 2018. Hr'g Tr. 6:25-7:1 (June 26, 2018).

    Defendants therefore respectfully request that the Court amend paragraph 7 of their Bail Agreements as set forth in this letter.

EMEA 118361507 v3
4430087-0002

Honorable Richard M. Berman, U.S.D.J.
July 20, 2018

**WHITE & CASE**

Respectfully submitted,

[signature]

Michael Kendall
Mark Gidley
Andrew Tomback
White & Case LLP
75 State Street
Boston, MA 02109

*Counsel for Richard Usher*

Heather Tewksbury
Anjan Sahni
WilmerHale LLP
7 World Trade Center
New York, NY 10007

*Counsel for Rohan Ramchandani*

David Schertler
Lisa Manning
Schertler & Onorato, LLP
1101 Pennsylvania Avenue, NW, Suite 1150
Washington, D.C. 20004

*Counsel for Christopher Ashton*

cc: Jeffrey Martino, Esq., Carrie Syme, Esq., Bryan C. Bughman, Esq., Stephen McCahey, Esq.
(Department of Justice, Antitrust Division)

---

Modification granted.

SO ORDERED:
Date: 7/24/18    Richard M. Berman
                         …nan, U.S.D.J.

---

EMEA 118361507 v3
4430087-0002

2