

2-4 Cockspur Street  London  SW1Y 5BS
Director:  David Green CB QC

WilmerHale
49 Park Lane
London
W1K 1PS

Your Ref:
Our Ref:   FRX01

By email to:
stephen.pollard@wilmerhale.com

15th March 2016

Dear Sirs,

**Re: FRX01 Investigation**
**Your client: Rohan Ramchandani**

As you are aware, on 21st July 2014 the Serious Fraud Office (SFO) commenced an investigation into criminal conduct on the foreign exchange market.  Having investigated this matter, the SFO has decided to take no further action against Rohan Ramchandani.

The SFO has concluded, based on the information and material we have obtained, that there is insufficient evidence for a realistic prospect of conviction in this jurisdiction.  Whilst there were reasonable grounds to suspect the commission of offences involving serious or complex fraud, a detailed review of the available evidence led us to the conclusion that the alleged conduct, even if proven and taken at its highest, would not meet the evidential test required to mount a prosecution for an offence contrary to English law.  It has further been concluded that this evidential position could not be remedied by continuing the investigation.

This does not reflect or impact on any decision which might be taken by any other agency, whether domestic or overseas, in relation to the same conduct.

The SFO is keen to ensure that all individuals impacted by this decision are informed prior to the matter appearing in the press.  For this reason, it is requested that any press announcement by you regarding this matter is not made until after 2.10 pm on Tuesday 15th March 2016.  Thank you in advance for your cooperation and assistance with regards to this.

Yours faithfully,

**Jacob Blatch**
Case Controller / Lawyer

Direct Tel:   +44 (0)20 7084 4576
Email:        jacob.blatch@sfo.gsi.gov.uk