UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

RICHARD USHER, et al.,
               Defendants.
------------------------------------------------------------X

17 CR. 19 (RMB)

**ORDER**

The telephone status conference previously scheduled for Wednesday, November 4, 2020 at 9:00 AM is hereby rescheduled to 12:30 PM on the same date.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1719

Dated: October 28, 2020
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.