UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 17-cr-19-RMB |
| | ) | **ORDER** |
| RICHARD USHER | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby ORDERED that the Government shall not be required to maintain possession of the documents (and the information contained therein) disclosed by the Government in discovery and otherwise in this case, including documents disclosed pursuant to Title 18 United States Code Section 3500; Federal Rule of Criminal Procedure 16(a); *Brady v. Maryland*; and/or *United States v. Giglio* ("Disclosed Documents").

Defendant is required to destroy all disclosed documents forthwith, and in no event later than October 4, 2021.

The Defense proposal to modify the existing protective order is denied.

*Richard M. Berman*

HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated this 27th day of September, 2021 in New York, New York.